```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 02783
    GENE R GRAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8024

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
       The case was filed on 02/07/2008 and was confirmed 04/28/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors   10.00%.

       The case was converted to chapter 7 after confirmation 06/10/2008.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
 GMAC                       SECURED NOT I  10024.00            .00            .00
 COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED           .00            .00
 COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00           .00            .00
 COUNTRYWIDE HOME LOANS     SECURED NOT I        .00           .00            .00
 ALLIED INTERSTATE          UNSECURED      NOT FILED           .00            .00
 ECAST SETTLEMENT CORP      UNSECURED       6289.97            .00            .00
 GMAC                       UNSECURED      NOT FILED           .00            .00
 FIFTH THIRD BANK           SECURED NOT I        .00           .00            .00
 FIFTH THIRD BANK           UNSECURED      NOT FILED           .00            .00
 ISAIH CHISHOLM             NOTICE ONLY    NOT FILED           .00            .00
 LATOYA CHISHOLM            NOTICE ONLY    NOT FILED           .00            .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                          .00
 TOM VAUGHN                 TRUSTEE                                           .00
 DEBTOR REFUND              REFUND                                         600.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE                600.00

 PRIORITY                                           .00
 SECURED                                            .00
 UNSECURED                                          .00
 ADMINISTRATIVE                                     .00
 TRUSTEE COMPENSATION                               .00
 DEBTOR REFUND                                   600.00
                   ---------------         ---------------
 TOTALS                 600.00                   600.00



                 PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02783 GENE R GRAY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/08/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 02783 GENE R GRAY